IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00168-LTB

ADRIÁN DEL JESÚS RODRÍGUEZ RODRÍGUEZ,

    Petitioner,

v.

PAMELA BONDI, Attorney General of the United States,
KRISTI NOEM, Secretary of Homeland Security,
TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, and
WARDEN, Denver Contract Detention Facility,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 27, 2026, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

    DATED at Denver, Colorado, this 27th day of February, 2026.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/ Robert R. Keech
        Deputy Clerk